Norman C. Kleinberg (NK 2735)
Theodore V. H. Mayer (TM 9748)
William J. Beausoleil (WB 5296)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:  Fosamax Products Liability  :
Litigation  :
  :
-----------------------------------------------------x
*This Document Relates to:*  :   1:06-md-1789 (JFK)
Bobbie Macker  :
v. Merck & Co., Inc.  :
Case No: 1:06-cv-03930-JFK  :   **AMENDED CERTIFICATE**
  :   **OF SERVICE**
-----------------------------------------------------x

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT to be served via first-class mail, postage prepaid, on the following:

LANIER LAW FIRM, PLLC
David Kuttles, Esq.
126 East 56th Street, 6th Floor
New York, NY 10022

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on June 12, 2007

                                                                            /s/
                                                                Sarah A. Binder